### (August 21, 1980)

In the Matter of NIKO DEVILLE, Also Known as STANLEY JOHNSON, Petitioner, v WALTER FOGG, as Superintendent of Eastern Correctional

Facility, Respondent.—Application dated June 23, 1980 denied on the ground habeas corpus may not be utilized to review issues which could have been raised on the direct appeal (see, e.g., *People ex rel. White v La Vallee,* 47 AD2d 982, mot for lv to app den 36 NY2d 647). Sweeney, J. P., Kane, Main and Herlihy, JJ., concur.